IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 25-cv-03017-GPG-TPO

KHRISTYNE BATZ BARRENO,

    Applicant,

v.

JUAN BALTASAR,
  *warden of the Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,*
ROBERT GUADIAN,
  *Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, in his official capacity,*
KRISTI NOEM,
  *Secretary, U.S. Department of Homeland Security, in her official capacity,*
TODD LYONS,
  *Acting Director of Immigration and Customs Enforcement, in his official capacity,*
PAMELA BONDI,
  *Attorney general, U.S. Department of Justice, in her official capacity,*

    Respondents.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order (ECF 26) entered by United States District Judge Gordon P. Gallagher on February 6, 2026, it is hereby

**ORDERED** that the Khristyne Batz Barreno's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is GRANTED in part. It is

**FURTHER ORDERED** that the case is closed.

Dated February 6, 2026, at Grand Junction, Colorado.

                                          FOR THE COURT:
                                          Jeffrey P. Colwell, Clerk

                              By:     <u>s/Donald Clement</u>
                                          Donald Clement
                                          Deputy Clerk